In the Matter of the Accounting of CLARA C. PLOTKIN, as Executrix of GEORGE PLOTKIN, Deceased, Respondent.  OSCAR PLOTKIN, as Executor of FRANK PLOTKIN, Deceased, Appellant

Concur — Botein, P. J., Eager, Steuer, Rabin and McGivern, JJ.